IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAMINA L. BOBBITT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner for | : | |
| Social Security | : | NO. 21-5055 |

## JUDGMENT ORDER

**AND NOW**, this 24th day of August, 2023, in accordance with the Opinion filed by the undersigned on this date, it is hereby ORDERED that Plaintiff's Request for Review is GRANTED IN PART and the matter remanded to the Agency for further consideration of the evidence with respect to Bobbitt's seizure disorder and headaches, with the parties able to brief this issue before the ALJ issues a decision.

This case may be marked by the Clerk's Office as CLOSED.

BY THE COURT:

/s/ Scott W. Reid

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE